AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Maria Del Pilar Perez Meza, Jorge Macuil, and Adriana Juarez, Individually and on Behalf of All Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br> Quality Food Best Quality Good Hands LLC, Essam Bassyoni, Michael Moudatsos, and Hassan E. Osman, Jointly and Severally <br><br> *Defendant(s)* | Civil Action No. 25-cv-3010    RER-JAM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Please see attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brent E. Pelton, Esq.
Pelton Graham LLC
111 Broadway, Suite 1503
New York, New York 10006
(212) 385 9700
pelton@peltongraham.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  5/30/2025

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-3010

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by **Fed. R. Civ. P. 4** (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**RIDER TO SUMMONS**

**Defendants:**

1. **QUALITY FOOD BEST QUALITY GOOD HANDS LLC d/b/a Floridian Plaza Diner**

    2301 Flatbush Avenue, Brooklyn, New York 11234

2. **ESSAM BASSYONI**

    2301 Flatbush Avenue, Brooklyn, New York 11234

3. **MICHAEL MOUDATSOS**

    120 Emerson Drive, Staten Island, New York 10304

4. **HASSAN E. OSMAN**

    14 Chambry Ct., Freehold, New Jersey 07728